# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>William Edward Love: DOB:1960; United States Citizen<br>Pamela Rae Atkinson; DOB:1982; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-05849MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 9, 2020, at or near Amado, in the District of Arizona, **William Edward Love** and **Pamela Rae Atkinson** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport a certain illegal alien and placing in jeopardy the life of any person, Francisco Perez-Lopez; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(iii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 9, 2020, in the District of Arizona (Tombstone), a red 2019 Hyundai Elantra with an older male driver later identified as **William Edward Love** and a female passenger later identified as **Pamela Rae Atkinson** approached United States Border Patrol Agents (BPA) at primary inspection on State Route 86. BPA asked for consent to search the trunk and **Love** agreed and attempted to manually open the trunk with trunk release lever on the driver side seat of the vehicle. During his struggle to open the trunk, BPA asked **Love** to turn off the vehicle and use the trunk release button on the key fob to open the trunk. **Love** turned off the vehicle, gave the key fob to BPA and stated "There are three people back there". While at primary inspection, a Border Patrol canine alerted to an odor it was trained to detect, emanating from the trunk. A subsequent search of the vehicle revealed three individuals concealed in the trunk. One of the individuals was later identified as Francisco Perez-Lopez. BPA determined all three individuals were in the country unlawfully. BPA placed **Love** and **Atkinson** under arrest for Alien Smuggling.

Material witness Perez said that he had arranged to be smuggled into the United States for money. Additionally Perez stated he got into the trunk of a red newer model car. Perez stated that a middle age man and woman told him to get in the trunk. He stated that the same man and woman were arrested at the checkpoint at the same time he was removed from the trunk.

In a post-*Miranda* statement, **Love** stated he picked up the red Hyundai Elantra at an apartment complex in Douglas, Arizona from a person known to him as "John". "John" instructed **Love** to drive the individuals found in the trunk north and to drop them off. **Love** stated he knew what he was doing was illegal. Additionally, **Love** admitted to being convicted of drug smuggling in 2015 and was just released from prison in October of 2019.

**MATERIAL WITNESS IN RELATION TO THE CHARGE:** Francisco Perez-Lopez

| DETENTION REQUESTED<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br>AUTHORIZED AUSA JAA/JJO /Ac4 | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>John O'Connor |
|---|---|
| Sworn by telephone  X | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 10, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54